**Order filed March 6, 2012.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

———————

## NO. 14-11-00059-CV

———————

### CORNELIUS AUSTIN LONG, JR., Appellant

### V.

### COMMISSION FOR LAWYER DISCIPLINE, Appellee

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-79392**

# O R D E R

Appellant's brief was due February 23, 2012. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **April 3, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM